IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALONZO RICHARD, § | | |
|     Plaintiff, § | | |
| v. § | | No. 3:07-CV-00138-M(BH) |
| § | | |
| J. CAPPS, et al., § | | |
|     Defendants. § | | Pretrial Management |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's FTCA claims against Defendants in their official capacities remain. All other claims are dismissed. The Court further denies Plaintiff's request for entry of default judgment.

SO ORDERED this 28th day of August, 2007.

_____
BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS