IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALONZO RICHARD, § | | |
| Plaintiff, § | | |
| v. § | No. 3:07-CV-00138-M(BH) | |
| § | | |
| UNITED STATES OF AMERICA, § | | |
| Defendant. § | Pretrial Management | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Court is not considering the untimely evidentiary submissions attached to the objections, which should have been tendered in response to the Motion for Summary Judgment.

SO ORDERED this 14th day of July, 2008.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS